IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 3:15CR032-1 |
| ) | |
| ALDAIR HODZA, ) | |
| ) | |
| Defendant. ) | |

## CONSENT ORDER OF FORFEITURE

BASED UPON the terms of the plea agreement between the United States of America and defendant, and finding that there is a requisite nexus between the property listed below and the offense to which the defendant has pled guilty, and that the defendant had a legal interest in said property, IT IS HEREBY ORDERED:

1. The following property is forfeited to the United States pursuant to 18 U.S.C. §§ 1594(d) and 2428:

> **a 1996 Sun Voyager Recreational Vehicle, VIN 3FCMF53G4TJA06117, Iowa Registration CUZ-834; and**
>
> **Apple iphone, Model A1429, IMEI: 990002732713092; HTC EV04G, MEID; A100001B8AE061, with 8GB SD card.**

2. The United States, or its agent, may take possession and maintain custody of the above-described tangible property.

3. The United States shall, to the extent practicable, provide direct written notice to any persons known to have alleged an interest in the seized property, and shall publish notice of this order in accordance with Federal Rule of Criminal Procedure 32.2(b)(6).

4. Any person, other than the defendant, asserting any legal interest in the property may, within thirty days of the publication of notice or the receipt of notice, whichever is earlier, petition the court for a hearing to adjudicate the validity of their alleged interest in the property.

5. Following the Court's disposition of all timely petitions filed, a final order of forfeiture shall be entered. If no third party files a timely petition, this order shall become the *final* order of forfeiture, and the United States shall have clear title to the property and shall dispose of the property in accordance with law.

May 1, 2015
Date

/s/
Henry E. Hudson
United States District Judge

The parties stipulate and agree that the aforementioned assets constitute property, real or personal, that was used or intended to be used to commit or to facilitate the commission of the offense; property, real or personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and are subject to forfeiture pursuant to 18 U.S.C. §§ 1594(d) and 2428. The defendant hereby waives the requirements of Federal Rules of Criminal Procedure 32.2 and 43(a) regarding notice of the forfeiture in the charging instrument, and announcement of the forfeiture at sentencing.

DANA J. BOENTE
UNITED STATES ATTORNEY

Angela Mastandrea-Miller
Heather L. Hart
Dominick S. Gerace
Assistant United States Attorneys

Aldair Hodza
Defendant

Kevin Michael Schork, Esq.
Amy L. Austin, Esq.
Counsel for Defendant