# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# Richmond Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 3:15cr00032** |
| | ) | |
| **ALDAIR HODZA** | ) | |

## NOTICE OF APPEAL

COMES NOW defendant, Aldair Hodza, by counsel and notes his appeal to the conviction and sentence imposed, as contained in the Judgment in a Criminal Case entered August 18, 2015. (Docket #69).

Respectfully submitted,
ALDAIR HODZA

By: */s/* Amy L. Austin

Amy L. Austin, Esquire
VSB No. 46579
The Law Office of Amy L. Austin, P.L.L.C.
101 Shockoe Slip, Suite M
Richmond, VA 23219
804.343.1900
804.343.1901 (fax)
amyaustinlawyer@gmail.com

# CERTIFICATE OF SERVICE

I certify that on August 26, 2015, a copy of the foregoing Notice of Appeal was filed electronically with the Clerk of the Court using the cm/ecf filing system that will send electronic notification of such filing to the following:


Heather Lauren Hart
Assistant United States Attorney
Office of the United States Attorney
1800 East Main Street
Suite 1800
Richmond, VA  23219
(804) 819-5400

Dominick Gerace
Office of the United States Attorney
1800 East Main Street
Suite 1800
Richmond, VA  23219
(804) 819-5400


Angela Mastandrea-Miller
Office of the United States Attorney
1800 East Main Street
Suite 1800
Richmond, VA  23219
(804) 819-5400


                                              Respectfully submitted,

                                              By:     /s/  Amy L. Austin

                                              Amy L. Austin, Esquire
                                              VSB No. 46579
                                              The Law Office of Amy L. Austin, P.L.L.C.
                                              101 Shockoe Slip, Suite M
                                              Richmond, VA  23219
                                              804.343.1900
                                              804.343.1901 fax
                                              amyaustinlawyer@gmail.com